IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MYKERIA HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:21-cv-147-LAG |
| | ) | |
| LOADER EXPRESS, INC. and | ) | |
| EXEL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff and the Defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

The parties respectfully request that the Clerk mark this action as dismissed with prejudice.

Respectfully submitted this 13th day of January, 2022.

1

| | |
|---|---|
| */s/Tyler B. Kaspers* | */s/ Alex Meier* |
| Tyler B. Kaspers | Alex Meier |
| THE KASPERS FIRM. LLC | SEYFARTH SHAW LLP |
| 152 New Street, Suite 109 | 1075 Peachtree Street, N.E. |
| Macon, GA  31201 | Suite 2500 |
| tyler@kaspersfirm.com | Atlanta, GA  30309-3958 |
| | ameier@seyfarth.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Exel, Inc.* |

*/s/ K. Prabhaker Reddy*
K. Prabahaker Reddy
THE REDDY LAW FIRM, P.C.
1325 Satellite Blvd., Suite 1506
Suwanee, GA  30024
kpr@reddylaw.net

*Counsel for Defendant Loader Express, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MYKERIA HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:21-cv-147-LAG |
| | ) | |
| LOADER EXPRESS, INC. and | ) | |
| EXEL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Alex Meier
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA  30309-3958
ameier@seyfarth.com


K. Prabahaker Reddy
THE REDDY LAW FIRM, P.C.
1325 Satellite Blvd., Suite 1506
Suwanee, GA  30024

3

kpr@reddylaw.com

        /s/ *Tyler B. Kaspers*
        Tyler B. Kaspers, Ga. Bar No. 445708
        THE KASPERS FIRM, LLC
        152 New Street, Suite 109B
        Macon, GA  31201
        404-944-3128 (Phone)
        tyler@kaspersfirm.com